| | |
|---|---|
| 1 | S. Montaye Sigmon (SBN 256192) |
| 2 | PROSKAUER ROSE LLP<br>2049 Century Park East, 32nd Floor |
| 3 | Los Angeles, California 90067-3206<br>Tel.  (310) 557-2900 |
| 4 | Fax  (310) 557-2193 |
| 5 | Email:  msigmon@proskauer.com |
| 6 | Hank L. Goldsmith (*pro hac vice*) |
|   | Daniel P. Goldberger (*pro hac vice*) |
| 7 | PROSKAUER ROSE LLP<br>1585 Broadway |
| 8 | New York, New York 10036-8299 |
| 9 | Tel.  (212) 969-3000<br>Fax  (212) 969-2900 |
| 10 | Email:  hgoldsmith@proskauer.com |
|    |              dgoldberger@proskauer.com |
| 11 | *Attorneys for Defendant/Counterclaimant*<br>*Isis Biopolymer, Inc.* |
| 12 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| 15 | UNIVERSITY MEDICAL PHARMACEUTICALS CORP., a California Corporation, | Case No. SACV10-01584 DOC (Ex) |
| 16 | | **STIPULATION EXTENDING TIME FOR DEFENDANT AND COUNTERCLAIMANT ISIS BIOPOLYMER, INC. TO FILE AN AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS, AND FOR PLAINTIFF AND COUNTERDEFENDANT UNIVERSITY MEDICAL PHARMACEUTICALS CORP. TO FILE AN ANSWER OR OTHER RESPONSE TO ISIS'S AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS** |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | ISIS BIOPOLYMER, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |
| 23 | | |
| 24 | ISIS BIOPOLYMER, INC., a Delaware Corporation, | Hon. David O. Carter |
| 25 | Counterclaimant, | Action Filed:  Oct. 18, 2010 |
|    | v. | |
| 26 | | |
| 27 | UNIVERSITY MEDICAL PHARMACEUTICALS CORP., a California Corporation, | |
| 28 | | |
|    | Counterdefendant. | |

**STIPULATION EXTENDING TIME**

1  WHEREAS, plaintiff University Medical Pharmaceuticals Corp. ("UMP") commenced this action on October 18, 2010 by filing its Complaint for Damages and Injunctive Relief against defendant Isis Biopolymer, Inc. ("Isis") and Does 1 through 50;

WHEREAS, on November 18, 2010, Isis filed its Answer, Defenses and Counterclaims against UMP;

WHEREAS, on December 3, 2010, counsel for UMP and Isis met and conferred regarding UMP's intention to file a motion: (1) to strike certain allegations and affirmative defenses in Isis's Answer, Defenses and Counterclaims; and (2) to dismiss certain claims for relief in Isis's Answer, Defenses and Counterclaims;

WHEREAS, during the meet-and-confer, in an attempt to resolve some of the issues raised by counsel for UMP, and without conceding the merit of any such issues, counsel for Isis agreed to file an amended Answer, Defenses and Counterclaims;

WHEREAS, the parties agreed that Isis would have through and until December 13, 2010 to file an Amended Answer, Defenses and Counterclaims;

WHEREAS, the parties agreed that UMP would have through and until December 23, 2010 to answer or otherwise respond to its Amended Answer, Defenses and Counterclaims;

IT IS HEREBY STIPULATED, by and between UMP and Isis, through their undersigned counsel, that:

1.  Isis shall have through and until December 13, 2010 to file an Amended Answer, Defenses and Counterclaims; and

2.  UMP shall have through and until December 23, 2010 to answer or otherwise respond to Isis's Amended Answer, Defenses and Counterclaims.

///

///

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 7, 2010 | PROSKAUER ROSE, LLP |
| 3 | | |
| 4 | | |
| 5 | | By: ___/s/___<br>S. Montaye Sigmon<br>*Attorneys for Defendant and Counterclaimant Isis Biopolymer, Inc.* |
| 6 | | |
| 7 | | |
| 8 | DATED: December 7, 2010 | O'MELVENY & MYERS LLP |
| 9 | | |
| 10 | | By: ___Brian Neach___ (signature)<br>Brian Neach<br>*Attorneys for Plaintiff and Counterdefendant University Medical Pharmaceuticals Corp.* |