1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

UNIVERSITY MEDICAL
PHARMACEUTICALS CORP., a
California Corporation,

                Plaintiff,

        v.

ISIS BIOPOLYMER, INC., a Delaware
Corporation; and DOES 1 through 50,
inclusive,

                Defendants.

Case No. SACV10-01584 DOC (Ex)

**[PROPOSED] ORDER GRANTING
EXTENSION OF TIME FOR
DEFENDANT AND
COUNTERCLAIMANT ISIS
BIOPOLYMER, INC. TO FILE AN
AMENDED ANSWER, DEFENSES
AND COUNTERCLAIMS, AND
FOR PLAINTIFF AND
COUNTERDEFENDANT
UNIVERSITY MEDICAL
PHARMACEUTICALS CORP. TO
FILE AN ANSWER OR OTHER
RESPONSE TO ISIS'S AMENDED
ANSWER, DEFENSES AND
COUNTERCLAIMS**

Hon. David O. Carter

Action Filed:  Oct. 18, 2010

ISIS BIOPOLYMER, INC., a Delaware
Corporation,
                Counterclaimant,
        v.

UNIVERSITY MEDICAL
PHARMACEUTICALS CORP., a
California Corporation,

                Counterdefendant.

**[PROPOSED] ORDER EXTENDING TIME**

1    Upon consideration of the Stipulation Extending Time for Defendant and
2  Counterclaimant Isis Biopolymer, Inc. to File an Amended Answer, Defenses and
3  Counterclaims and for Plaintiff and Counterdefendant University Medical
4  Pharmaceuticals Corp. to File an Answer or Other Response to Isis's Amended
5  Answer, Defenses and Counterclaims ("the Stipulation") between University
6  Medical Pharmaceuticals Corp. ("UMP") and Isis Biopolymer, Inc. ("Isis"), and
7  good cause appearing therefore,

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

9    1.    Isis shall have through and until December 13, 2010 to file an
10  Amended Answer, Defenses and Counterclaims; and

11    2.    UMP shall have through and until December 23, 2010 to answer or
12  otherwise respond to Isis's Amended Answer, Defenses and Counterclaims.

13
14  DATED:  December ____, 2010

15

16                              _____
                                       Hon. David O. Carter
17                                 United States District Judge

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER EXTENDING TIME**