1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSITY MEDICAL PHARMACEUTICALS CORP., a California Corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>ISIS BIOPOLYMER, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. SACV10-01584 DOC (Ex)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT AND COUNTERCLAIMANT ISIS BIOPOLYMER, INC. TO FILE AN AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS, AND FOR PLAINTIFF AND COUNTERDEFENDANT UNIVERSITY MEDICAL PHARMACEUTICALS CORP. TO FILE AN ANSWER OR OTHER RESPONSE TO ISIS'S AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS** |
| ISIS BIOPOLYMER, INC., a Delaware Corporation,<br><br>                    Counterclaimant,<br><br>         v.<br><br>UNIVERSITY MEDICAL PHARMACEUTICALS CORP., a California Corporation,<br><br>                    Counterdefendant. | Hon. David O. Carter<br><br>Action Filed:  Oct. 18, 2010 |

**[PROPOSED] ORDER EXTENDING TIME**

1   Upon consideration of the Stipulation Extending Time for Defendant and
2 Counterclaimant Isis Biopolymer, Inc. to File an Amended Answer, Defenses and
3 Counterclaims and for Plaintiff and Counterdefendant University Medical
4 Pharmaceuticals Corp. to File an Answer or Other Response to Isis's Amended
5 Answer, Defenses and Counterclaims ("the Stipulation") between University
6 Medical Pharmaceuticals Corp. ("UMP") and Isis Biopolymer, Inc. ("Isis"), and
7 good cause appearing therefore,
8   IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:
9   1.   Isis shall have through and until December 13, 2010 to file an
10 Amended Answer, Defenses and Counterclaims; and
11   2.   UMP shall have through and until December 23, 2010 to answer or
12 otherwise respond to Isis's Amended Answer, Defenses and Counterclaims.
13
14 DATED:  December 9, 2010

*David O. Carter*
_____
Hon. David O. Carter
United States District Judge