1  BRETT J. WILLIAMSON (S.B. #145235)
   bwilliamson@omm.com
2  AMY J. LAURENDEAU (S.B. #198321)
   alaurendeau@omm.com
3  BRIAN NEACH (S.B. #242801)
   bneach@omm.com
4  O'MELVENY & MYERS LLP
   610 Newport Center Drive, 17th Floor
5  Newport Beach, CA  92660
   Telephone:  (949) 760-9600
6  Facsimile:   (949) 823-6994

7  Attorneys for Plaintiff and Counterdefendant
   University Medical Pharmaceuticals Corp.
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                 SOUTHERN DIVISION

12

13  UNIVERSITY MEDICAL                    Case No.  SACV10-01584 DOC (Ex)
    PHARMACEUTICALS CORP., a
14  California corporation,               **PLAINTIFF AND COUNTERCLAIM
                                          DEFENDANT UNIVERSITY
15              Plaintiff,                MEDICAL PHARMACEUTICALS
                                          CORP.'S ANSWER TO
16         v.                             DEFENDANT AND
                                          COUNTERCLAIM PLAINTIFF ISIS
17  ISIS BIOPOLYMER, INC., a              BIOPOLYMER, INC.'S FIRST
    Delaware corporation; and DOES 1      AMENDED COUNTERCLAIMS**
18  through 50, inclusive,
                                          Action Filed:  October 18, 2010
19              Defendants.

20  ISIS BIOPOLYMER, INC., a
    Delaware corporation,
21
                Counterclaimant,
22
           v.
23
    UNIVERSITY MEDICAL
24  PHARMACEUTICALS CORP., a
    California corporation,
25
                Counterdefendant.
26

27

28

1

2          Plaintiff and Counterdefendant University Medical Pharmaceuticals

3   Corp. ("UMP"), by and through counsel, hereby responds to the First Amended

4   Counterclaims of Defendant and Counterclaimant Isis Biopolymer, Inc. ("Isis") as

5   follows:

6                                   **<u>BACKGROUND</u>**

7          1.     Answering Paragraph 1, UMP admits that it is a California

8   corporation with its principal office and place of business in California and that its

9   revenues fluctuate on an annual basis, as do the number of employees working for it

10  at any given time.  UMP lacks sufficient knowledge and information to admit or

11  deny the allegations in Paragraph 1 regarding Isis's relative size, and therefore

12  denies them.  UMP otherwise denies each and every allegation contained in this

13  paragraph not specifically admitted herein.

14         2.     Answering Paragraph 2, UMP admits that it is a party in the

15  cases captioned *Ellen Realson, on behalf of herself and all others similarly situated*

16  *v. University Medical Pharmaceuticals Corporation*, Case No. 2:10-cv-3476 (C.D.

17  Cal.), *Celia King-Scott on behalf of herself and all others similarly situated v.*

18  *University Medical Pharmaceuticals, Corp.*, Case No. 2:10-cv-3467 (C.D. Cal.),

19  and *United States of America Ex. Rel. Zach Hallstrom v. University Medical*

20  *Pharmaceuticals Corporation*, Case No. 1:10-cv-462 (W.D. Tex.), refers to the

21  pleadings in such cases for a statement of the allegations in them, admits that such

22  cases are pending and that UMP is vigorously defending against the allegations in

23  such cases.  UMP otherwise denies each and every allegation contained in this

24  paragraph not specifically admitted herein.

25         3.     Answering Paragraph 3, UMP refers to releases from the

26  National Advertising Division of the Better Business Bureau for the contents of

27  statements issued by it.  UMP otherwise denies each and every allegation contained

28  in this paragraph not specifically admitted herein.

4.      Answering Paragraph 4, UMP denies each and every allegation contained in this paragraph.

5.      Answering Paragraph 5, UMP denies each and every allegation contained in this paragraph.

6.      Answering Paragraph 6, UMP admits that Isis sent UMP a letter on August 13, 2010 and refers to such letter for the truth of its contents and states that the averments regarding the Exclusive Supply Agreement ("ESA") are legal conclusions requiring no factual response.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

7.      Answering Paragraph 7, UMP admits that it filed the current action on October 18, 2010 and is the named Plaintiff in the current action.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

8.      Answering Paragraph 8, UMP denies each and every allegation contained in this paragraph.

## THE PARTIES

9.      Answering Paragraph 9, on information and belief, UMP admits the allegations contained in this paragraph.

10.      Answering Paragraph 10, UMP admits the allegations contained in this paragraph.

## JURISDICTION AND VENUE

11.      Answering Paragraph 11, UMP admits that this Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1332 and 1367.

12.      Answering Paragraph 12, UMP admits that venue is proper in this judicial district, that it conducts business in this District, and that the ESA provides that venue for any actions arising out of the ESA would be tried in Orange

1   County, California.  UMP otherwise denies each and every allegation contained in

2   this paragraph not specifically admitted herein.

3                                **STATEMENT OF FACTS**

4          13.     Answering Paragraph 13, UMP admits that it entered into

5   negotiations with Isis in 2009 whereby Isis would manufacture products for UMP

6   and that UMP would purchase products which were free from defects and

7   conformed to the specifications provided by UMP.  UMP otherwise denies each

8   and every allegation contained in this paragraph not specifically admitted herein.

9          14.     Answering Paragraph 14, UMP admits that prior to execution of

10  the ESA, discussions related to patches for application of products developed by

11  UMP.  UMP otherwise denies each and every allegation contained in this paragraph

12  not specifically admitted herein.

13         15.     Answering Paragraph 15, UMP denies each and every allegation

14  contained in this paragraph.

15         16.     Answering Paragraph 16, UMP admits that UMP and Isis

16  entered into the ESA on October 30, 2009.  UMP lacks sufficient knowledge and

17  information to admit or deny the rest of the allegations contained in this paragraph,

18  and therefore denies such allegations.

19         17.     Answering Paragraph 17, UMP admits that UMP and Isis

20  entered into a "Non-Disclosure and Non-Use Agreement" (the "NDA") on June 24,

21  2009, and refers to such agreement for a statement of its terms.  UMP otherwise

22  denies each and every allegation contained in this paragraph not specifically

23  admitted herein.

24         18.     Answering Paragraph 18, UMP refers to the ESA for a statement

25  of its terms.  UMP otherwise denies each and every allegation contained in this

26  paragraph not specifically admitted herein.

27         19.     Answering Paragraph 19, UMP admits that an "Acceptance

28  Agreement" as described in the ESA was executed and admits that the Acceptance

1   Agreement related to "Brow Patches" for transdermal delivery for treatment of

2   wrinkles not requiring a prescription, admits that UMP received Brow Patches from

3   Isis, a substantial number of which were defective and non-conforming, and that

4   Isis invoiced UMP for the products.  UMP otherwise denies each and every

5   allegation contained in this paragraph not specifically admitted herein.

6            20.    Answering Paragraph 20, UMP denies each and every allegation

7   contained in this paragraph.

8            21.    Answering Paragraph 21, UMP denies each and every allegation

9   contained in this paragraph.

10            22.    Answering Paragraph 22, UMP admits that it contracted with

11   Isis based on Isis's representations that it had the ability to assemble properly

12   functioning products and refers to the ESA and its schedules and the NDA for a

13   statement of their terms.  UMP otherwise denies each and every allegation

14   contained in this paragraph not specifically admitted herein.

15            23.    Answering Paragraph 23, UMP denies each and every allegation

16   contained in this paragraph.

17            24.    Answering Paragraph 24, UMP admits UMP and Isis entered

18   into the ESA on October 30, 2009 and refers to the ESA for a statement of its

19   terms.  With respect to allegations regarding which products became "subject to an

20   exclusivity commitment," those are legal conclusions requiring no factual response.

21   UMP otherwise denies each and every allegation contained in this paragraph not

22   specifically admitted herein.

23            25.    UMP admits UMP and Isis entered into the ESA on October 30,

24   2009 and refers to the ESA for a statement of its terms.  With respect to allegations

25   regarding termination of the ESA, those are legal conclusions requiring no factual

26   response.   UMP otherwise denies each and every allegation contained in this

27   paragraph not specifically admitted herein.

28

26.     Answering Paragraph 26, UMP admits UMP and Isis executed an Acceptance Agreement as contemplated in the ESA on or about November 16, 2009, and refers to the Acceptance Agreement for a statement of its terms.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

27.     Answering Paragraph 26, UMP admits UMP and Isis executed an Acceptance Agreement as contemplated in the ESA on or about November 16, 2009, and refers to the Acceptance Agreement for a statement of its terms.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

28.     Answering Paragraph 28, UMP denies each and every allegation contained in this paragraph.

29.     Answering Paragraph 29, UMP is without the knowledge and information sufficient to admit or deny the allegations contained in this paragraph, and therefore denies such allegations.

30.     Answering Paragraph 30, UMP admits that it received approximately 350,000 Brow Patches from Isis.  UMP lacks knowledge and information sufficient to admit or deny the remaining allegations in this paragraph, and therefore denies such allegations.

31.     Answering Paragraph 31, UMP denies each and every allegation contained in this paragraph.

32.     Answering Paragraph 32, UMP admits that no "Acceptance Agreement" was executed for the Eye Patch.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

33.     Answering Paragraph 33, UMP admits that it received 289,920 Eye Patches from Isis, many of which were defective and non-conforming, and admits that Isis invoiced UMP for the Eye Patches.  UMP lacks sufficient information of knowledge to admit or deny the dates that Isis shipped Eye Patches

or invoiced them, and therefore denies such allegations.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

34.     Answering Paragraph 34, UMP denies each and every allegation contained in this paragraph.

35.     Answering Paragraph 35, UMP admits it raised issues regarding defects and non-conformity in the products supplied by Isis and that Isis acknowledged such defects.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

36.     Answering Paragraph 36, UMP admits that it did attempt to sell products including Isis's components and/or assembled by Isis, but was eventually required to pull such products from distribution and subject itself to product returns.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

37.     Answering Paragraph 37, UMP states that the allegations concerning notices under the ESA and "governing law" are legal conclusions requiring no factual response.   UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

38.     Answering Paragraph 38, UMP denies each and every allegation contained in this paragraph.

39.     Answering Paragraph 39, UMP denies each and every allegation contained in this paragraph.

40.     Answering Paragraph 40, UMP denies each and every allegation contained in this paragraph.

41.     Answering Paragraph 41, UMP denies each and every allegation contained in this paragraph.

42.     Answering Paragraph 42, UMP denies each and every allegation contained in this paragraph.

43.     Answering Paragraph 43, UMP denies each and every allegation contained in this paragraph.

44.     Answering Paragraph 44, UMP denies each and every allegation contained in this paragraph.

45.     Answering Paragraph 45, UMP denies each and every allegation contained in this paragraph.

46.     Answering Paragraph 46, UMP is without the knowledge and information sufficient to admit or deny the allegations contained in this paragraph, and therefore denies such allegations.

47.     Answering Paragraph 47, UMP denies each and every allegation contained in this paragraph.

48.     Answering Paragraph 48, UMP denies each and every allegation contained in this paragraph.

49.     Answering Paragraph 49, UMP admits that on July 9, 2010, it sent a letter to Isis and refers to the letter for a statement of its contents.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

50.     Answering Paragraph 50, UMP denies each and every allegation contained in this paragraph.

51.     Answering Paragraph 51, UMP admits that on July 9, 2010, it sent a letter to Isis and refers to the letter for a statement of its contents.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

52.     Answering Paragraph 52, UMP denies each and every allegation contained in this paragraph.

53.     Answering Paragraph 53, UMP denies each and every allegation contained in this paragraph.

54.     Answering Paragraph 54, UMP admits that on July 28, 2010, it sent a letter to Isis and refers to the letter for a statement of its contents.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

55.     Answering Paragraph 55, UMP denies each and every allegation contained in this paragraph.

56.     Answering Paragraph 56, UMP admits that it sent a letter to Isis on August 6, 2010 and refers to the letter for a statement of its contents.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

57.     Answering Paragraph 57, UMP admits that it received two letters dated August 13, 2010 and refers to such letters for a statement of their contents.  UMP lacks sufficient knowledge or information to admit or deny allegations about what Isis was "faced with" or what its "options" were and therefore denies them.   UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

58.     Answering Paragraph 58, UMP refers to the August 13, 2010 letter for a statement of its terms.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

59.     Answering Paragraph 59, UMP refers to the August 13, 2010 letter for a statement of its terms.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

60.     Answering Paragraph 60, UMP denies each and every allegation contained in this paragraph.

61.     Answering Paragraph 61, UMP admits that it sent Isis lists of UMP property and proprietary information still in Isis's possession and demanded that Isis return such property and proprietary information.  UMP otherwise denies

1  each and every allegation contained in this paragraph not specifically admitted

2  herein.

3         62.    Answering Paragraph 62, UMP denies each and every allegation

4  contained in this paragraph.

5         63.    Answering Paragraph 63, UMP denies that it breached the ESA,

6  denies that it had an obligation to cure, and denies each and every other allegation

7  contained in this paragraph.

8         64.    Answering Paragraph 64, UMP denies that it breached the ESA,

9  denies that it had an obligation to cure, and denies each and every other allegation

10  contained in this paragraph.

11         65.    Answering Paragraph 65, UMP denies each and every allegation

12  contained in this paragraph.

13         66.    Answering Paragraph 66, UMP admits that it filed the current

14  action on October 18, 2010.  UMP is without the knowledge and information

15  sufficient to admit or deny allegations what Isis "believed" and therefore denies

16  such allegations.  UMP otherwise denies each and every allegation contained in this

17  paragraph not specifically admitted herein.

18         67.    Answering Paragraph 67, UMP admits that Isis sent a letter on

19  October 21, 2010 and refers to the letter for a statement of its contents.  UMP

20  otherwise denies each and every allegation contained in this paragraph not

21  specifically admitted herein.

22         68.    Answering Paragraph 68, UMP denies each and every allegation

23  contained in this paragraph.

24         69.    Answering Paragraph 69, UMP is without the knowledge and

25  information sufficient to admit or deny the allegations contained in this paragraph,

26  and therefore denies such allegations.

27         70.    Answering Paragraph 70, UMP denies each and every allegation

28  contained in this paragraph.

1

## **FIRST CLAIM FOR RELIEF**

2

### **(Breach of Contract – ESA)**

3          71.     Answering Paragraph 71, UMP responds to the allegations

4   incorporated in this paragraph by repeating its responses to the respective

5   paragraphs so incorporated.

6          72.     Answering Paragraph 72, UMP admits the allegations contained

7   in this paragraph.

8          73.     Answering Paragraph 73, UMP denies each and every allegation

9   contained in this paragraph.

10          74.     Answering Paragraph 74, UMP denies each and every allegation

11   contained in this paragraph.

12          75.     Answering Paragraph 75, UMP admits that it received two

13   letters dated August 13, 2010 from Isis and refers to the letters for a statement of

14   their contents.  UMP denies that it breached the ESA, denies that it had an

15   obligation to cure and denies each and every allegation contained in this paragraph

16   not specifically admitted herein.

17          76.     Answering Paragraph 76, UMP denies each and every allegation

18   contained in this paragraph.

19          77.     Answering Paragraph 77, UMP admits that it received two

20   letters dated August 13, 2010 from Isis and refers to the letters for a statement of

21   their contents.  UMP denies that it breached the ESA, denies that it had an

22   obligation to cure and denies each and every allegation contained in this paragraph

23   not specifically admitted herein.  UMP denies that it breached the ESA, denies that

24   it had an obligation to cure, and denies each and every other allegation contained in

25   this paragraph.

26          78.     Answering Paragraph 78, UMP denies each and every allegation

27   contained in this paragraph.

28

UMP'S ANSWER TO ISIS BIOPOLYMER, INC.'S
FIRST AMENDED COUNTERCLAIMS SACV10-01584
DOC (EX)

1     79.     Answering Paragraph 79, UMP denies each and every allegation
2  contained in this paragraph.

3     80.     Answering Paragraph 80, UMP denies each and every allegation
4  contained in this paragraph.

5     81.     Answering Paragraph 81, UMP denies each and every allegation
6  contained in this paragraph.

7     82.     Answering Paragraph 82, UMP denies each and every allegation
8  contained in this paragraph.

9     83.     Answering Paragraph 83, UMP denies each and every allegation
10  contained in this paragraph.

11                    **SECOND CLAIM FOR RELIEF**

12              **(Breach of Contract – Acceptance Agreement)**

13     84.     Answering Paragraph 84, UMP responds to the allegations
14  incorporated in this paragraph by repeating its responses to the respective
15  paragraphs so incorporated.

16     85.     Answering Paragraph 85, UMP admits that on or about
17  November 16, 2009, UMP and Isis entered into an Acceptance Agreement.  The
18  remaining allegations are legal conclusions to which no factual response is
19  required.

20     86.     Answering Paragraph 86, UMP denies each and every allegation
21  contained in this paragraph.

22     87.     Answering Paragraph 87, UMP is without the knowledge and
23  information sufficient to admit or deny the allegations contained in this paragraph,
24  and therefore denies such allegations.

25     88.     Answering Paragraph 88, UMP denies each and every allegation
26  contained in this paragraph.

27     89.     Answering Paragraph 89 UMP denies each and every allegation
28  contained in this paragraph.

90.     Answering Paragraph 90, UMP denies each and every allegation contained in this paragraph.

91.     Answering Paragraph 91, UMP denies each and every allegation contained in this paragraph.

92.     Answering Paragraph 92, UMP denies each and every allegation contained in this paragraph.

## THIRD CLAIM FOR RELIEF

### (Breach of Contract – NDA)

93.     Answering Paragraph 93, UMP responds to the allegations incorporated in this paragraph by repeating its responses to the respective paragraphs so incorporated.

94.     Answering Paragraph 94, UMP admits that on or about June 24, 2009, UMP and Isis entered into an NDA.  The remaining allegations are legal conclusions to which no factual response is required.

95.     Answering Paragraph 95, UMP denies each and every allegation contained in this paragraph.

96.     Answering Paragraph 96, UMP denies each and every allegation contained in this paragraph.

97.     Answering Paragraph 97, UMP denies each and every allegation contained in this paragraph.

## FOURTH CLAIM FOR RELIEF

### (Violation of the California Uniform Trade Secrets Act, Cal. Civil Code §§ 3426, *et seq.*)

98.     Answering Paragraph 98, UMP responds to the allegations incorporated in this paragraph by repeating its responses to the respective paragraphs so incorporated.

99.     Answering Paragraph 99, UMP denies each and every allegation contained in this paragraph.

1    100.    Answering Paragraph 100, UMP is without the knowledge and

2    information sufficient to admit or deny the allegations contained in this paragraph,

3    and therefore denies such allegations.

4    101.    Answering Paragraph 101, UMP denies each and every

5    allegation contained in this paragraph.

6    102.    Answering Paragraph 102, UMP denies each and every

7    allegation contained in this paragraph.

8    103.    Answering Paragraph 103, UMP denies each and every

9    allegation contained in this paragraph.

10    104.    Answering Paragraph 104, UMP denies each and every

11    allegation contained in this paragraph.

12    105.    Answering Paragraph 105, UMP denies each and every

13    allegation contained in this paragraph.

14                          **FIFTH CLAIM FOR RELIEF**

15    **(Violations of Business and Professions Code §§ 17200, *et seq.*)**

16    106.    Answering Paragraph 106, UMP responds to the allegations

17    incorporated in this paragraph by repeating its responses to the respective

18    paragraphs so incorporated.

19    107.    Answering Paragraph 107, UMP denies each and every

20    allegation contained in this paragraph.

21    108.    Answering Paragraph 108, UMP is without the knowledge and

22    information sufficient to admit or deny whether Isis has furloughed or laid off its

23    workers and whether they are in possession of equipment and deposits that are at

24    risk, and therefore denies such allegations.  UMP otherwise denies each and every

25    allegation contained in this paragraph not specifically admitted herein.

26    109.    Answering Paragraph 109, UMP denies each and every

27    allegation contained in this paragraph.

28

110.    Answering Paragraph 110, UMP denies each and every allegation contained in this paragraph.

111.    Answering Paragraph 111, UMP denies each and every allegation contained in this paragraph.

112.    Answering Paragraph 112, UMP denies each and every allegation contained in this paragraph.

113.    Answering Paragraph 113, UMP denies each and every allegation contained in this paragraph.

114.    Answering Paragraph 114, UMP denies each and every allegation contained in this paragraph.

## SIXTH CLAIM FOR RELIEF

### (Conversion)

115.    Answering Paragraph 115, UMP responds to the allegations incorporated in this paragraph by repeating its responses to the respective paragraphs so incorporated.

116.    Answering Paragraph 116, UMP denies each and every allegation contained in this paragraph.

117.    Answering Paragraph 117, UMP denies each and every allegation contained in this paragraph.

118.    Answering Paragraph 118, UMP admits that Isis has asserted counterclaims in this litigation.  UMP otherwise denies each and every allegation contained in this paragraph not specifically admitted herein.

119.    Answering Paragraph 119, UMP denies each and every allegation contained in this paragraph.

120.    Answering Paragraph 120, UMP denies each and every allegation contained in this paragraph.

1

## SEVENTH CLAIM FOR RELIEF

2

### (Breach of Duty of Good Faith and Fair Dealing)

3      121.   Answering Paragraph 121, UMP responds to the allegations

4   incorporated in this paragraph by repeating its responses to the respective

5   paragraphs so incorporated.

6      122.   Answering Paragraph 122, UMP denies each and every

7   allegation contained in this paragraph.

8      123.   Answering Paragraph 123, UMP denies each and every

9   allegation contained in this paragraph.

10      124.   Answering Paragraph 124, UMP denies each and every

11   allegation contained in this paragraph.

12      125.   Answering Paragraph 125, UMP denies each and every

13   allegation contained in this paragraph.

14      126.   Answering Paragraph 126, UMP denies each and every

15   allegation contained in this paragraph.

16      127.   Answering Paragraph 127, UMP denies each and every

17   allegation contained in this paragraph.

18      128.   Answering Paragraph 128, UMP denies each and every

19   allegation contained in this paragraph.

20

### REQUEST FOR RELIEF

21      129.   To the extent that any response is required to Plaintiffs' prayer

22   for relief, UMP denies each and every allegation contained therein.

23

### AFFIRMATIVE DEFENSES

24      As separate and affirmative defenses to Isis's counterclaims, and without

25   suggesting or conceding that it has the burden of proof on any such defenses, UMP

26   incorporates by reference the allegations in its complaint filed on October 18, 2010,

27   and additionally alleges as follows:

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FIRST AFFIRMATIVE DEFENSE

Isis's counterclaims and each claim for relief alleged therein fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

UMP acted reasonably and in good faith at all times material herein, based on all relevant facts and circumstances known by it at the time it so acted, and did not directly or indirectly undertake any action in violation of the law. Accordingly, Isis is barred from any recovery in this action.

## THIRD AFFIRMATIVE DEFENSE

Isis has breached its contractual obligations by, including but not limited to, providing defective and nonconforming products, failing to use commercially reasonable efforts to minimize pricing, refusing to provide pricing information and failing to return proprietary materials and products, and accordingly, UMP cannot be liable for any damages to Isis.

## FOURTH AFFIRMATIVE DEFENSE

Isis's Counterclaims, and each claim for relief alleged therein, are barred by the doctrine of unclean hands based on, including but not limited to, providing defective and nonconforming products, failing to use commercially reasonable efforts to minimize pricing, refusing to provide pricing information and failing to return proprietary materials and products.

## FIFTH AFFIRMATIVE DEFENSE

By conduct, representations and omissions as more fully alleged in UMP's complaint filed on October 18, 2010 and incorporated herein, Isis is equitably estopped to assert its counterclaims, and each claim for relief alleged therein.

## SIXTH AFFIRMATIVE DEFENSE

Isis's Counterclaims, and each claim for relief alleged therein, are barred by the doctrine of waiver based on, including but not limited to, providing defective and nonconforming products, failing to use commercially reasonable efforts to

minimize pricing, refusing to provide pricing information and failing to return proprietary materials and products.

## SEVENTH AFFIRMATIVE DEFENSE

Isis's Counterclaims, in whole or in part, have been filed for an improper purpose and lack a reasonable and good faith basis in fact.

## EIGHTH AFFIRMATIVE DEFENSE

Isis is barred from obtaining relief because, by virtue of the facts alleged in UMP's complaint filed on October 18, 2010 and incorporated herein, among others, UMP's conduct at all times was in accord with the requirements of the contracts between the parties.

## NINTH AFFIRMATIVE DEFENSE

Isis suffered no actual damages by reason of any of UMP's alleged acts or omissions.

## TENTH AFFIRMATIVE DEFENSE

To the extent Isis has suffered any actual damages, by virtue of the facts alleged in UMP's complaint filed on October 18, 2010 and incorporated herein, among others, it is by reason of Isis's own actions and/or the actions of other parties that are not UMP.

## ELEVENTH AFFIRMATIVE DEFENSE

Isis failed to take reasonable steps under the ESA and/or applicable law and to exercise due diligence in an effort to minimize or mitigate its alleged damages, if any, or to have UMP cure any alleged breach relating to same.

## TWELFTH AFFIRMATIVE DEFENSE

Isis's claims for damages are barred in whole or in part because they are too remote and speculative.

## THIRTEENTH AFFIRMATIVE DEFENSE

Isis would be unjustly enriched if allowed to recover on its counterclaims.

## FOURTEENTH AFFIRMATIVE DEFENSE

1        To the extent Isis seeks an award of attorneys' fees or costs, the

2    Counterclaims fail to state facts sufficient to support such an award.

3    ### FIFTEENTH AFFIRMATIVE DEFENSE

4        Isis's claims for relief are barred in whole or in part by limitations of

5    remedies provided in the contracts upon which Isis has sued.

6    ### SIXTEENTH AFFIRMATIVE DEFENSE

7        Isis is barred from asserting any of its claims for relief because, through

8    actions or omissions, Isis expressly or implicitly consented to and ratified the acts

9    complained of.

10   ### SEVENTEENTH AFFIRMATIVE DEFENSE

11       Isis is barred from asserting any of its claims for relief because, by virtue of

12   the facts alleged in UMP's complaint filed on October 18, 2010 and incorporated

13   herein, among others, UMP's conduct was at all times justified.

14   ### EIGHTEENTH AFFIRMATIVE DEFENSE

15       Without conceding that any act of UMP caused damage to Isis or any other

16   person in any respect, UMP is entitled to offset and recoup against any judgment

17   that may be entered against it all obligations of Isis owing to UMP.

18   ### NINETEENTH AFFIRMATIVE DEFENSE

19       Without conceding that any act of UMP constituted a violation of the

20   California Uniform Trade Secrets Act, Cal. Civil Code § 3426, et seq., Isis's fifth,

21   sixth and seventh claims for relief are barred because of preemption pursuant to

22   California Civil Code §3426.7.

23   ### TWENTIETH AFFIRMATIVE DEFENSE

24       Without conceding that any act of UMP constituted a violation of such

25   section, with respect to Isis's fifth claim for relief, unjust enrichment is not a

26   remedy for violations of §17200 the California Business and Professions Code.

27   ### TWENTY-FIRST AFFIRMATIVE DEFENSE

28

1    With respect to Isis's third, fourth and fifth claims for relief, injunctive relief

2  is improper because Isis has an adequate remedy at law.

3

4  Dated:        December 23, 2010

5                                          BRETT J. WILLIAMSON
                                           AMY J. LAURENDEAU
6                                          BRIAN NEACH
                                           O'MELVENY & MYERS LLP
7

8
                                           By:    /s/ Brian Neach
9                                                 Brian Neach
                                           Attorneys for Plaintiff and Counterdefendant
10                                         University Medical Pharmaceuticals Corp.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

The undersigned hereby certifies that a true copy of PLAINTIFF AND

COUNTERCLAIM DEFENDANT UNIVERSITY MEDICAL PHARMACEUTICALS CORP.'S

ANSWER TO DEFENDANT AND COUNTERCLAIM PLAINTIFF ISIS BIOPOLYMER,

INC.'S FIRST AMENDED COUNTERCLAIMS was served upon the attorneys of record for

each party to the above-entitled cause through the Court's CM/ECF electronic filing system on

the 23rd day of December 2010.


/s/ Brian Neach
_____
Brian Neach

**Attorneys for Defendant and Counterclaim
Plaintiff:**

**S. Montaye Sigmon**
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Email:  msigmon@proskauer.com

**Hank L. Goldsmith**
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Email:  hgoldsmith@proskauer.com

**Daniel P. Goldberger**
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Email:  dgoldberger@proskauer.com