UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SA CV10-1584-DOC (Ex) Date January 31, 2011

Title UNIVERSITY MEDICAL PHARMACEUTICALS CORP -V- ISIS BIOPOLYMER INC, ET AL

Present: The Honorable DAVID O. CARTER, U.S. District Judge

| Kathy Peterson | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brett Williamson | Montaye Sigmon<br>Hank Goldsmith |

Proceedings: SCHEDULING CONFERENCE

The matter is called. Counsel state their appearances. The Court conducts the Scheduling Conference. The Court sets the following case management dates:

Discovery Cut Off - 12-09-2011

Motion Cut Off - 04-30-2012 at 8:30 a.m.

Final Pre Trial Conference - 06-04-2012 at 8:30 a.m.

Jury Trial - 06-19-2012 at 8:30 a.m. (4 days)

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15.4 is private mediation or Retired Judicial Officer. Counsel are directed to file a notice with the Court identifying the mediator selected no later than February 18, 2011.

Pretrial Scheduling Order signed and filed this date. Any unserved Does/Roes are dismissed at this time.

: 05

Initials of Preparer kp