Name & Address:
Hank L. Goldsmith
PROSKAUER ROSE LLP
1585 Broadway
New York, New York
212-969-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY MEDICAL PHARMACEUITCALS CORP., a California Corporation    PLAINTIFF(S) | CASE NUMBER<br><br>SACV10-01584 DOC (Ex) |
| v.<br>ISIS BIOPOLYMER, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,                            DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, __Hank L. Goldsmith_____, _____, __hgoldsmith@proskauer.com_____
      *Name*                              *CA Bar ID Number*                    *E-mail Address*

☐ am counsel of record or ☑ out-of-state attorney in the above-entitled cause of action for the following party(s)

Isis Biopolymer, Inc.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent   ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

---

☑ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address  Eleven Times Square, New York, New York, 10036-8299_____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

---

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

  Attorney Name _____ CA State Bar Number _____
  Firm/Government Agency Name _____
  Address: _____
  Telephone Number _____ Facsimile Number _____
  New E-mail address _____

☐    TO BE REMOVED FROM THE CASE: **
     ☐    I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX
     ☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____.

     ☐    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

     ☐    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: January 11, 2011

_____
Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**