S. Montaye Sigmon (SBN 256192)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax (310) 557-2193
Email: msigmon@proskauer.com

Hank L. Goldsmith (*pro hac vice*)
Daniel P. Goldberger (*pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
Email: hgoldsmith@proskauer.com
       dgoldberger@proskauer.com

*Attorneys for Defendant/Counterclaimant Isis Biopolymer, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSITY MEDICAL PHARMACEUTICALS CORP., <br><br> Plaintiff, <br><br> v. <br><br> ISIS BIOPOLYMER, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. SACV10-01584 DOC (Ex) <br><br> Hon. David O. Carter <br><br> **NOTICE REGARDING SELECTION OF MEDIATOR** <br><br> Action Filed: Oct. 18, 2010 <br> Department: 9-D |
| ISIS BIOPOLYMER, INC., <br><br> Counterclaimant, <br> v. <br><br> UNIVERSITY MEDICAL PHARMACEUTICALS CORP., <br><br> Counterdefendant. | |

**JOINT STIPULATION REGARDING SELECTION OF MEDIATOR**

1     Pursuant to the Court's minutes from the Scheduling Conference held on January 31, 2011 (Dkt. No. 28), plaintiff and counterdefendant University Medical Pharmaceuticals Corp. and defendant and counterclaimant Isis Biopolymer, Inc. hereby notify the Court that they have agreed upon the selection of the Hon. Haley J. Fromholz (Ret.) as the mediator who will conduct private mediation pursuant to Local Civil Rule 16-15.

DATED: February 18, 2011    PROSKAUER ROSE LLP

By: *S. Montaye Sigmon*
Hank L. Goldsmith (*pro hac vice*)
Daniel P. Goldberger (*pro hac vice*)
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
Tel. (212) 969-3000
Fax (212) 969-2900

S. Montaye Sigmon (SBN 256192)
Proskauer Rose LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067
Tel. (310) 557-2900
Fax (310) 557-2193
*Attorneys for Isis Biopolymer, Inc.*

DATED: February 18, 2011    O'MELVENY & MYERS LLP

By: *Brian Neach*
Brett J. Williamson (SBN 145235)
Amy J. Laurendeau (SBN 198321)
Brian Neach (SBN 242801)
O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Los Angeles, CA 92660
Tel. (949) 823-7947
Fax (949) 823-6994
*Attorneys for University Medical Pharmaceuticals Corp.*

2
**JOINT STIPULATION REGARDING SELECTION OF MEDIATOR**