Brett Williamson (S.B. # 145235) (bwilliamson@omm.com)
Amy Laurendeau (S.B. # 198321) (alaurendeau@omm.com)
Brian Neach, (S.B. # 242801) (bneach@omm.com)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel. (949) 760-9600
Fax (949) 823-6994

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIVERSITY MEDICAL PHARMACEUTICALS CORP.,<br>Plaintiff(s)<br>v.<br>ISIS BIOPOLYMER, INC., and DOES 1 through 50, inclusive<br>Defendant(s). | CASE NUMBER<br>SACV10-01584 DOC (Ex)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY | |

University Medical Pharmaceuticals Corp.
*Name of Party*

☒ Plaintiff  ☐ Defendant  ☐ Other _____

hereby request the Court approve the substitution of **Robert G. Loewy, Law Offices of Robert G. Loewy**
*New Attorney*

as attorney of record in place and stead of **Brett J. Williamson/Amy J. Laurendeau/Brian Neach - O'Melveny & Myers LLP**
*Present Attorney*

Dated 4/14/11

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 4/8/11

*Signature of Present Attorney*
Brian Neach, O'Melveny & Myers LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 4/11/11

*Signature of New Attorney*
179868
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY