**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNIVERSITY MEDICAL PHARMACEUTICALS CORP., a California corporation<br><br>Plaintiff(s) | CASE NUMBER<br>SACV10-01584 DOC (Ex) |
| v.<br><br>ISIS BIOPOLYMER, INC., a Delaware corporation; and DOES 1 through 50, inclusive<br><br>Defendant(s). | ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

University Medical Pharmaceuticals Corp.   ☒ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute  Robert G. Loewy, Law Offices of Robert G. Loewy _____  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

610 Newport Center Drive, Suite 1200 _____
*Street Address*

Newport Beach, CA  92660 _____   rloewy@rloewy.com _____
*City, State, Zip*                                               *E-Mail Address*

(949) 442-7103 _____   (949) 242-5105 _____   _____
*Telephone Number*                     *Fax Number*                         *State Bar Number*

                                         Brett J. Williamson/Amy Laurendeau/Brian Neach,
as attorney of record in place and stead of  O'MELVENY & MYERS LLP _____
                                                              *Present Attorney*

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**

Dated _____        _____
                                       U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

American LegalNet, Inc.
www.USCourtForms.com