# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY MEDICAL PHARMACEUTICALS CORP., a California corporation<br><br>Plaintiff(s)<br>v.<br>ISIS BIOPOLYMER, INC., a Delaware corporation; and DOES 1 through 50, inclusive<br><br>Defendant(s). | CASE NUMBER<br>SACV10-01584 DOC (Ex)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

University Medical Pharmaceuticals Corp.   ☒ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute Robert G. Loewy, Law Offices of Robert G. Loewy _____ who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

610 Newport Center Drive, Suite 1200
*Street Address*

Newport Beach, CA  92660                             rloewy@rloewy.com
*City, State, Zip*                                    *E-Mail Address*

(949) 442-7103              (949) 242-5105              _____
*Telephone Number*          *Fax Number*                 *State Bar Number*

                               Brett J. Williamson/Amy Laurendeau/Brian Neach,
as attorney of record in place and stead of O'MELVENY & MYERS LLP
                                             *Present Attorney*

is hereby     ☒ GRANTED          ☐ DENIED

Dated April 15, 2011

_____
U. S. District Judge/U.S. Magistrate Judge
DAVID O. CARTER

**NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.**