S. Montaye Sigmon (SBN 256192)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax (310) 557-2193
Email: msigmon@proskauer.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| University Medical Pharmaceuticals Corp. <br><br> Plaintiff(s) <br><br> v. <br><br> Isis Biopolymer, Inc., and DOES 1 through 50, inlcusive <br><br> Defendant(s). | **CASE NUMBER** <br><br> SACV10-01584 DOC (Ex) <br><br><br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

Isis Biopolymer, Inc _____   ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of  Morris Polich & Purdy - A. Brazil and M. Jager
                                                        *New Attorney*

as attorney of record in place and stead of Proskauer Rose - S. Sigmon, H. Goldsmith, D. Goldberger
                                            *Present Attorney*

Dated  May 31, 2011 _____

_____
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  May 31, 2011 _____

/s/ S. Montaye Sigmon
_____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  May 27, 2011 _____

_____
*Signature of New Attorney*

M. Jager's SBN 143988
_____
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**